■ AHMED HASHIM MAAMOUD MAGHRABI et al., Appellants, v UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.—Order of the Supreme Court, Richmond County (Kuffner, J.), dated April 17, 1985, affirmed insofar as appealed from, with costs. *(see, Igbara Realty Corp. v New York Prop. Ins. Underwriting Assn.,* 63 NY2d 201). Mollen, P. J., Lazer, Thompson and Kunzeman, JJ., concur.